UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MEDICINE P.C.,

    Plaintiff,                                          Case No. 96-72624

v.                                                  Hon. John Corbett O'Meara

HORIZON/CMS HEALTH CARE CORP.,

    Defendant.
_____/

## ORDER GRANTING MOTION
## TO REVIEW ACTION OF THE TAXATION CLERK

Before the court is HealthSouth's motion to review the action of the taxation clerk, filed April 27, 2012. Plaintiff General Medicine, P.C., filed a response on May 3, 2012. On April 10, 2012, the United States Court of Appeals for the Sixth Circuit issued an opinion in this matter. Thereafter, on April 20, 2012, General Medicine filed a bill of costs, which the clerk taxed against HealthSouth on the same day. However, HealthSouth filed a petition for rehearing in the Sixth Circuit on April 24, 2012. HealthSouth requests that the taxation of costs be stayed pending a ruling on the rehearing petition. General Medicine does not object.

Therefore, IT IS HEREBY ORDERED that HealthSouth's motion to review the action of the taxation clerk is GRANTED.

IT IS FURTHER ORDERED that the taxation of costs is STAYED pending a final decision from the Court of Appeals for the Sixth Circuit.

                                                                          s/John Corbett O'Meara
                                                                          United States District Judge

Date: June 28, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 28, 2012, using the ECF system and/or ordinary mail.

                                               s/Amanda Chubb for William Barkholz
                                               Case Manager